# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CLIFTON ESKRIDGE, <br><br> Plaintiff, <br><br> v. <br><br> NUCOR STEEL SEATTLE INC, <br><br> Defendant. | CASE NO. C20-1393 MJP <br><br> DISMISSAL ORDER |

The Court, taking note of the parties' stipulation for voluntary dismissal, (Dkt. No. 21), DISMISSES Plaintiff's claims without prejudice or costs.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 27, 2021.

Marsha J. Pechman
United States District Judge

DISMISSAL ORDER - 1